**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1380**

JEWEL D. HILL,

             Plaintiff - Appellant,

        v.

NATIONWIDE MUTUAL INSURANCE COMPANY, and their agents,
representatives, attorneys, et al,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.  (3:12-cv-00130-HEH)

Submitted:  July 19, 2012          Decided:  July 23, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jewel D. Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jewel D. Hill appeals the district court's orders dismissing without prejudice her civil suit for damages relating to an automobile accident and denying her motions to certify constitutional questions to the United States and Virginia Attorneys General and for judicial recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hill v. Nationwide Mutual Ins. Co., No. 3:12-cv-00130-HEH (E.D. Va. Feb. 23 & Feb 24, 2012). We deny Hill's motions for a transcript at Government expense and to certify questions to the United States and Virginia Attorneys General. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED